IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00264-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| SEAN MAURICE ROBINSON | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se to vacate his career offender sentence in light of <u>Sessions v. Dimaya</u>, 138 S. Ct. 1204 (2018), because that decision allegedly invalidated the use of his California corporal spouse abuse conviction as a crime of violence. (Doc. No. 32).

The defendant's conviction and sentence became final in 2016 when he did not file an appeal following entry of the judgment. (Doc. No. 26: Judgment). Accordingly, the defendant must seek relief pursuant to 28 U.S.C. § 2255. However, the Court denied his previous motion under § 2255, (Doc. No. 29: Order), and the defendant has appealed that ruling, (Doc. No. 30: Notice of Appeal). Therefore, the defendant has not shown that the Court has jurisdiction to consider another post-conviction attack on his sentence. Additionally, the defendant's reliance on <u>Dimaya</u> is misplaced because that decision's invalidation of 18 U.S.C. § 16(b) has no bearing on his sentence decided under USSG §4B1.2(a).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 32), is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: May 16, 2018

Robert J. Conrad, Jr.
United States District Judge